# BREACH OF CONTRACT

### a. Introduction:

In this action, Plaintiff claims that he entered into a contract with defendants for cleanup work of Defendants premises after Defendants business sustained a fire. A contract is an agreement establishing the parties' rights and duties.

### b. Duties under contract:

Plaintiff claims that the duties of defendants under this contract was to pay him $22,500 for cleanup work performed by Plaintiff for Defendants after Defendants business sustained a fire.

### c. Issues on claim:

The issues for your determination on the breach of contract claim of are: (1) whether the Parties entered into a contract; (2) Whether defendants failed to perform its duties under the contract and, if so, whether that failure to perform was a legal cause of damages sustained by Plaintiff.

### d. Burden of proof on claim:

If the greater weight of the evidence does not support the claim of Plaintiff, then your verdict should be for defendants.

#### i. Where there are no affirmative defenses

However, if the greater weight of the evidence does support the claim of Plaintiff, then your verdict should be for Plaintiff and against Defendants.

### e. Defense Issues:

On the first defense, the issues for your determination are**:** Whether said contract was modified and ratified by the Parties.

On the second Defense, the issues for your determination are: If you find that the Parties entered an Oral contract whether the Statute of Frauds apply.

**f.   *Burden of proof on defense*:**

If the greater weight of the evidence supports the defense, your verdict should be for defendant. However, if the greater weight of the evidence does not support the defense and does support the claim of Plaintiff, your verdict should be for Plaintiff and against Defendants.

**g.   *"Greater weight of the evidence" defined:***

"Greater weight of the evidence" means the more persuasive and convincing force and effect of the entire evidence in the case.

**h.   *"Legal cause" defined:***

Failure to perform one's [duty] [duties] under a contract is a legal cause of damage if it directly and in natural and continuous sequence produces or contributes substantially to producing damage, so that it can reasonably be said that, but for the failure to perform, the damage would not have occurred.

**i.   *Damages - Expectation (Benefit of the Bargain):***

If you find for (defendant), you will not consider the matter of damages. But, if you find for Plaintiff, you should award Plaintiff an amount of money that the greater weight of the evidence shows will fairly and adequately compensate [him] for damages caused by (defendant's) failure to perform. Plaintiff is entitled to recover damages that will put [him] in the same position [he] would have been in if (defendants) had performed [its] duties under the contract.

However, Plaintiff is entitled to recover only those damages that the parties reasonably could have anticipated, at the time they entered into the contract, probably would result from (defendant's) failure to perform.

**Authorities**

2001 Florida Supreme Court Standard Jury Instructions MI 12.1 Modified].

| | |
|---|---|
| GIVEN AS REQUESTED | _____ |
| GIVEN AS MODIFIED | _____ |
| REFUSED | _____ |
| WITHDRAWN | _____ |